DEBRA JANE SWANK, AN INFANT BY HER GUARDIAN *AD LITEM*, DALE SWANK, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ELETHERIOS HALIVOPOULOS, M. D., DEFENDANT-RESPONDENT.

See same case below: 108 *N. J. Super.* 120.

*Messrs. Budd, Larner, Kent, Gross & Picillo* for the petitioners.

*Messrs. Shanley & Fisher* for the respondent.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES ABATE, DEFENDANT-PETITIONER.

*Mr. James A. Breslin* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. James A. Major, II* for the respondent.

February 24, 1970. Denied.

JOAN M. PHILLIPS, *ADMX.*, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ERIE LACKAWANNA RAILROAD CO., *ET AL.*, DEFENDANTS, AND NEW JERSEY & NEW YORK RAILROAD CO., DEFENDANT-RESPONDENT.

See same case below: 107 *N. J. Super.* 590.

*Messrs. DeYoe, DeYoe & Guiney* for the petitioners.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the respondent.

February 24, 1970. Denied.